Ryan L. Eddings, Bar No. 256519
reddings@littler.com
Julie R. Campos, Bar No. 314063
jcampos@littler.com
LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, California 93704.2225
Telephone: 559.244.7500
Fax No.: 559.244.7525

Attorneys for Defendant
SARNOVA HC, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERONIMO FRUTERO,<br><br>    Plaintiff,<br><br>v.<br><br>SARNOVA HC, LLC; LORI WALKER, an individual; and DOES 1 to 10,<br><br>    Defendants. | Case No.<br><br>**DECLARATION OF DARRELL HUGHES IN SUPPORT OF DEFENDANT SARNOVA HC, LLC'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>Tulare County Superior Court Case No. VCU293802<br><br>Trial Date: TBD<br>Complaint Filed: October 17, 2022 |

I, Darrell Hughes, hereby declare and state as follows:

1. I am the SVP and General Counsel for SARNOVA HC, LLC ("Defendant"). I have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review and knowledge of the business records and files of Defendant, and could testify to the same if called as a witness in this matter.

2. I have been the SVP and General Counsel for Defendant since September 7, 2020.

3. I am aware that Defendant Sarnova HC, LLC was, and as of the date of this removal still is, 100% owned by Sarnova, Inc. At the time this action was commenced in state court,

LITTLER MENDELSON, P.C.
5200 North Palm Avenue
Suite 302
Fresno, CA 93704.2225
559.244.7500

DECL. OF DARRELL HUGHES ISO
DEFENDANT'S NOTICE OF REMOVAL

1  Sarnova, Inc. was, and as of the date of this removal still is, a corporation organized under the laws
2  of the state of Delaware with its principal place of business in Dublin, Ohio.
3        4.   Defendant employed Plaintiff JERONIMO FRUTERO ("Plaintiff") as an
4  Operations Manager from approximately July 9, 2018 to September 12, 2022.  At the time of
5  Plaintiff's separation from employment with Defendant, Plaintiff was earning an annual salary of
6  $128,487.99, which equates to approximately $2,470.92 per week.
7        I certify and declare under the penalty of perjury under the laws of the State of
8  California that the foregoing is true and correct.
9        Executed on November 20, 2022, at Dublin, Ohio.

_____
Darrell Hughes

LITTLER MENDELSON, P.C.
Attorneys at Law
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
559.244.7500

2   DECL. OF DARRELL HUGHES ISO DEFENDANT'S NOTICE OF REMOVAL