UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERONIMO FRUTERO,<br><br>        Plaintiff,<br><br>    v.<br><br>SARNOVA HC, LLC; and DOES 1 to 10,<br><br>        Defendants. | Case No. 1:22-cv-01520-JLT-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>(ECF No. 23). |

    On June 21, 2024, the parties filed a joint stipulation for dismissal with prejudice of all claims in this action and with each party to bear its own attorneys' fees and costs. (ECF No. 23). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated: **June 24, 2024**            /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE